**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 55 WM 2023
:
Respondent :
:
v. :
:
:
DOUGLAS STEPHENSON, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2024, the "Application for Leave to Appeal *Nunc Pro Tunc,*" treated as Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, is DENIED.

    Justice McCaffery did not participate in the consideration or decision of this matter.